# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, ET AL.,

    Plaintiff(s),

v.

DONALD J. TRUMP, ET AL.,

    Defendant(s).

Case No: 4:20-cv-01563-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Tania Maestas, an active member in good standing of the bar of New Mexico, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: New Mexico in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | 455 Golden Gate Avenue, Ste. 11000<br>San Francisco, CA 94102-7004 |
| MY TELEPHONE # OF RECORD:<br>(505) 490-4048 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 510-3525 |
| MY EMAIL ADDRESS OF RECORD:<br>tmaestas@nmag.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Christine.Chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 20345.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/05/2020

                Tania Maestas
                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tania Maestas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/6/2020

                *Haywood S. Gill*
                UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

## Certificate

STATE OF NEW MEXICO }
} ss.
SUPREME COURT }

I, JOEY D. MOYA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **TANIA MAESTAS** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **September 20, 2004**, and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this 3rd day of March, 2020.

Joey D. Moya
Chief Clerk of the Supreme Court
of the State of New Mexico

By: *Madeline Garcia*
Chief Deputy Clerk