# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.

Plaintiff(s),

v.

Donald J. Trump, et al.

Defendant(s).

Case No: 4:20-cv-01563-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jacob Campion, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Minnesota in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 445 Minnesota Street, Suite 1100<br>Saint Paul, MN 55101 | 455 Golden Gate Avenue, Ste. 11000<br>San Francisco, CA 94102-7004 |
| My Telephone # of Record:<br>(651) 757-1459 | Local Co-Counsel's Telephone # of Record:<br>(415) 510-3525 |
| My Email Address of Record:<br>jacob.campion@ag.state.mn.us | Local Co-Counsel's Email Address of Record:<br>christine.chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0391274.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/06/20

Jacob Campion
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob Campion is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/10/2020

UNITED STATES DISTRICT JUDGE

*October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JACOB DANIEL CAMPION

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 01, 2010

Given under my hand and seal of this court on

March 04, 2020

Emily J. Eschweiler, Director
Office of Lawyer Registration