Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.,

    Plaintiff(s),

v.

Donald J. Trump, et al.,

    Defendant(s).

Case No: 20-cv-01563-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Robert T. Nakatsuji, an active member in good standing of the bar of the State of Hawaii, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Hawaii in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 425 Queen Street<br>Honolulu, HI 96813 | 455 Golden Gate Avenue, Ste. 11000<br>San Francisco, CA 94102-7004 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (808) 586-1360 | (415) 510-3525 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Robert.T.Nakatsuji@hawaii.gov | Christine.Chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6743.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/11/20

                              Robert T. Nakatsuji
                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert T. Nakatsuji is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/16/2020

                                      UNITED STATES DISTRICT JUDGE *October 2012*

# IN THE SUPREME COURT OF HAWAI'I,

In the Matter of

Robert Tadao Nakatsuji

Attorney at Law

## CERTIFICATE OF STANDING

    I, _____Jae Y. Lee_____ clerk of the Supreme Court of the State of Hawai'i, do hereby certify that __Robert Tadao Nakatsuji__ is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on __November 8, 1996.__ He is an active member of the bar of Hawai'i in good standing.

DATED: Honolulu, Hawai'i, _____August 29, 2019_____

Clerk, Supreme Court of Hawai'i.