# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.

           Plaintiff(s),

v.

Donald J. Trump, et al.

           Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: 4:20-cv-01563-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER** (CIVIL LOCAL RULE 11-3)

I, Zachary R. Glubiak , an active member in good standing of the bar of Virginia , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Commonwealth of Virginia in the above-entitled action. My local co-counsel in this case is Christine Chuang , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 202 N. Ninth Street<br>Richmond, VA 23219 | 455 Golden Gate Avenue, Ste. 11000<br>San Francisco, CA 94102-7004 |
| MY TELEPHONE # OF RECORD:<br>(804) 371-0667 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 510-3525 |
| MY EMAIL ADDRESS OF RECORD:<br>zglubiak@oag.state.va.us | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>christine.chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 93984 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/16/20

Zachary R. Glubiak
_____
APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Zachary R. Glubiak is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/20/2020

Haywood S. Gill
_____
UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia,

do hereby certify that

### Zachary Ryland Glubiak

was admitted to practice as an attorney and counsellor at the bar of this Court on

June 5, 2019.

I further certify that so far as the records of this office are

concerned, Zachary Ryland Glubiak is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 11th day of March

A.D. 2020

By: _____

*Deputy Clerk*