|   |   |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of California, et al. )
                Plaintiff(s), )
  v. )
Donald J. Trump, et al. )
                Defendant(s). )

Case No: 4:20-cv-01563-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER
(CIVIL LOCAL RULE 11-3)

I, B. Eric Restuccia, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Dana Nessel for the People of Michigan in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Dep't of Attorney General<br>PO Box 30212, Lansing MI 48909 | 455 Golden Gate Ave, Ste. 11000<br>San Francisco, CA 94102-7004 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (517) 335-7628 | (415) 510-3525 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| RestucciaE@michigan.gov | Christine.Chuang@doj.ca.gov |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P49550.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/02/20

                                          B. Eric Restuccia
                                          APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of B. Eric Restuccia is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/10/2020

                                       *Haywood S. Gilliam Jr.*
                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# State Bar of Michigan

## Certificate of Good Standing

This certifies that B. Eric Restuccia, P49550 of Lansing, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on December 10, 1993 in Ingham County and became a member of the State Bar of Michigan on March 12, 1994.

Janet K. Welch, Executive Director
April 02, 2020

This is an official document issued by the State Bar of Michigan and will be valid for 45 days from the date on this certificate. While the State Bar of Michigan operates under the advisement of government officials during the COVID-19 pandemic, Certificates of Good Standing will only be issued in this manner and sent by email. No paper copies will be issued or mailed until further notice.