XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
EDWARD H. OCHOA
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
Supervising Deputy Attorneys General
BRIAN J. BILFORD
SPARSH S. KHANDESHI
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
 300 S. Spring St., Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6404
 Fax: (213) 897-7605
 E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA et al.;** <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP, in his official capacity as President of the United States of America et al.;** <br><br> Defendants. | Case No. 4:20-cv-1563-HSG <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Trial Date: None Set <br> Action Filed: March 3, 2020 |

Plaintiff State of California respectfully notifies the Court that the Ninth Circuit has issued decisions in *State of California, et al. v. Trump, et al.*, Nos. 19-16299 and 19-16336 (9th Cir. June 26, 2020) (*States* Slip Op.) and *Sierra Club, et al. v. Trump, et al.*, Nos. 19-16102 and 19-16300 (9th Cir. June 26, 2020) (*Sierra Club* Slip Op.), attached hereto as Exhibits A and B respectively. The Ninth Circuit panel affirmed this Court's orders granting California's and New Mexico's (the States) and the Sierra Club plaintiffs' motions for partial summary judgment challenging the diversion of fiscal year (FY) 2019 funds transferred toward border wall construction under sections 8005 and 9002 of the Department of Defense Appropriations Act, 2019, Pub L. No. 115-245, 132 Stat. 2981 (2018) in the related cases *State of California, et al. v. Trump, et al.*, No. 19-cv-872-HSG (N.D. Cal. June 28, 2019) and *Sierra Club, et al. v. Trump, et al.*, No. 19-cv-892-HSG (N.D. Cal. June 28, 2019).  The Ninth Circuit panel determined that: (a) the States established Article III standing to challenge the transfers due to the injury caused to the States' environment, wildlife, and sovereign interests in the enforcement of their environmental laws, *States* Slip Op. 20-30; (b) the States were within the zone of interests of Sections 8005 and 9002 to challenge the transfers, *States* Slip Op. 30-36; and (c) the Sierra Club plaintiffs had constitutional and equitable causes of actions not subject to the zone of interests test, and even if the zone of interests test applied, the Sierra Club plaintiffs were within the zone of interests of the Appropriations Clause, *Sierra Club* Slip Op. 36-40.  On the merits, the panel determined that the transfers are unlawful because the border wall construction did not meet the criteria of sections 8005 and 9002 since it: (a) was not "unforeseen;" (b) was not a "military requirement[];" and (c) was an "item for which funds [were] requested" and "denied by the Congress." *States* Slip Op. 36-48.

    The Ninth Circuit also affirmed the district court's order granting a permanent injunction to the Sierra Club plaintiffs. *Sierra Club* Slip Op. 40-45.  The Ninth Circuit determined that this Court's denial of the States' request for injunctive relief was not an abuse of discretion. *States* Slip Op. 48.  As discussed previously, the States' injuries arising from the transfer of FY 2020 funds at issue in the pending motion for summary judgment are distinct from the injuries at issue

in the litigation surrounding the FY 2019 transfers. *See, e.g.*, ECF No. 55 at 23-25; ECF No. 65 at 21-25.

Dated: June 29, 2020  Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
EDWARD H. OCHOA
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
Supervising Deputy Attorneys General
BRIAN J. BILFORD
SPARSH S. KHANDESHI
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II

*/s/ Lee I. Sherman*
LEE I. SHERMAN
Deputy Attorneys General
*Attorneys for Plaintiff State of California*