MARK R. HERRING
Attorney General
MICHELLE S. KALLEN
Deputy Attorney General
ZACHARY R. GLUBIAK
Attorney
202 North Ninth Street
Richmond, VA  21239
(804) 786-2071
MKallen@oag.state.va.us
ZGlubiak@oag.state.va.us

*Attorneys for Commonwealth of Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 4:19-cv-01563-HSG |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF COMMONWEALTH OF VIRGINIA** |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

Zachary R. Glubiak seeks leave to withdraw as counsel for plaintiff Commonwealth of Virginia in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Pro. Conduct 3-700(A)(1). As this Court finds that Mr. Glubiak has submitted satisfactory reasoning for withdrawal, and that granting his Motion will not cause substantial prejudice or delay to any party.

IT IS HEREBY ORDERED THAT Zachary R. Glubiak's Motion to Withdraw as Counsel for plaintiff Commonwealth of Virginia is GRANTED.

DATED:  9/21/2020                    _____
                                      United States District Court Judge