Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

State of California, et al. )
                                         ) Case No: 4:20-cv-01563-HSG
             Plaintiff(s), )
   v. )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER
Donald J. Trump, et al. )  (CIVIL LOCAL RULE 11-3)
             Defendant(s). )

    I, Jonathan R. Bolton, an active member in good standing of the bar of Maine Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Maine in the above-entitled action. My local co-counsel in this case is James F. Zahradka, II, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Office of the Maine Attorney General<br>6 State House Station, Augusta, ME 04333 | California Department of Justice, 1515 Clay Street, Suite 2000, Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD:<br>(207) 626-8800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 622-2239 |
| MY EMAIL ADDRESS OF RECORD:<br>jonathan.bolton@maine.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>james.zahradka@doj.ca.gov |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4597.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/15/20                                        Jonathan R. Bolton
                                                                                  APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Jonathan R. Bolton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/17/2020                              *Haywood S. Gill*
                                                       UNITED STATES DISTRICT JUDGE  *October 2012*



# STATE OF MAINE
# SUPREME JUDICIAL COURT

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Jonathan R. Bolton, Esq. (Bar #004597) of Augusta, ME was duly admitted as an Attorney and Counselor at Law in the State of Maine on March 15, 2010, and is presently registered and in good standing as an Active Resident member of the bar.

Given under my hand and the Seal of said Court on December 9, 2020.

Matthew E. Pollack
Executive Clerk

Not valid without raised seal.