IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA et al.,** | Case No. 4:20-cv-01563-HSG |
| Plaintiffs, | **ORDER** |
| v. | Judge:   Hon. Haywood S. Gilliam, Jr. |
| **DONALD J. TRUMP, in his official capacity as President of the United States of America et al.;** | |
| Defendants. | |

The Court hereby GRANTS Plaintiff the State of New York's motion for Matthew Colangelo to withdraw as attorney for Plaintiff the State of New York in this matter.

Dated: 1/19/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

1