UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No. 20-cv-01563-HSG<br><br>**ORDER DENYING MOTION TO INTERVENE**<br><br>Re: Dkt. No. 40 |

Pending before the Court is Pro Se litigant Stephen P. Wallace's motion to intervene. Dkt. No. 40. Mr. Wallace has failed to satisfy the requirements for intervention under Federal Rule of Civil Procedure 24. Mr. Wallace's motion discusses matters related to DACA and DAPA that are wholly unrelated to the claims regarding barrier construction in this matter. The Court accordingly **DENIES** the motion.

**IT IS SO ORDERED.**

Dated: 3/15/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge