

**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
1100 DEFENSE PENTAGON
WASHINGTON, DC 20301-1100

**COMPTROLLER**

# ACTION MEMO

June 8, 2021

FOR: DEPUTY SECRETARY OF DEFENSE

FROM: Michael McCord, Under Secretary of Defense (Comptroller)/Chief Financial Officer

SUBJECT: Plan for the Use of Funding from Projects Authorized Pursuant to Sections 284 and 2808 of Title 10, U.S. Code

**PURPOSE:** Obtain your approval of the funding plan at **TAB A** in accordance with Presidential Proclamation 10142.

**BLUF:** The proposed funding plan meets the President's direction to develop a plan for redirecting funding related to barrier construction at the southern border by using $2.2 billion of unobligated military construction (MILCON) funds that were previously made available for 11 border barrier projects authorized pursuant to Section 2808 of Title 10, U.S. Code, to fund 66 previously deferred MILCON projects. This amount includes $0.1 billion for a Navy project in Washington State that was deferred to make funds available for Section 2808 construction, but, pursuant to a court order that is on appeal, the funds were released to the Navy.

The Department has no mechanism to recapture funds made available for border barrier projects under 10 U.S.C. 284. The funds were reprogrammed into the Drug Interdiction and Counter-Drug Activities, Defense, account and then transferred to the Operation and Maintenance, Army, appropriation through an Internal Reprogramming action. Those funds have expired, and they are not available for new obligations or transfer back to the original source accounts (e.g., National Guard and Reserve Equipment Account (NGREA), other multi-year congressional adds).

**BACKGROUND:**

- On January 20, 2021, President Biden terminated the national emergency initially declared in Proclamation 9844, and directed that authorities invoked in that Proclamation no longer be used to construct a wall at the southern border (**TAB B**).
    - Proclamation 10142 directed an immediate pause in construction projects and obligation of funds related to border barrier construction and called for various assessments regarding the legality of funding, contracting methods, and consequences of ceasing construction.
    - The Proclamation also directed the Secretary of Defense and the Secretary of Homeland Security to develop a plan for redirecting funding and repurposing contracts, in coordination with the heads of other Executive departments and agencies, and in consultation with the Assistant to the President for National Security Affairs. The President required that this plan be developed within 60 days from the date of the Proclamation.

- On January 23, 2021, the then-Deputy Secretary of Defense issued more detailed guidance for moving forward in developing the plan **(TAB C)**.

- On April 30, 2021, you directed cancellation of all projects authorized pursuant to Sections 284 and 2808 of Title 10, U.S. Code, and issued additional direction regarding the release of unobligated military construction funding **(TAB D)**.

- Amounts from 123 military construction projects (including 6 previously canceled projects and 1 unauthorized project) plus planning and design, totaling $3.6 billion, were identified to fund the 11 approved border barrier construction projects undertaken pursuant to Section 2808.
  - The U.S. Army Corps of Engineers (USACE) awarded contracts for 7 of the 11 approved projects, leaving 4 unawarded due to land acquisition challenges. Of the total $3.6 billion made available, $2.2 billion is currently unobligated.
  - This amount includes $0.1 billion for a Navy project in Washington State that was deferred to make funds available for Section 2808 construction but, pursuant to a court order that is on appeal, the funds were released to the Navy with the requirement to notify the OUSD (Comptroller) 90 days prior to obligating the funds. The Navy has provided notice that it expects to obligate the funds in June 2021.

**DISCUSSION:**

- Subsequent to the publication of Proclamation 10142, DoD Components were asked to provide updated execution data for their MILCON projects that had been deferred to fund Section 2808 construction (i.e., 1-N prioritization, design status, and updated cost estimates).
  - Projects that were previously canceled for reasons not related to Section 2808 construction and planning and design funds were not considered for restoral.

- OUSD (Comptroller) has developed a plan, socialized with the Military Departments and Office of the Secretary of Defense stakeholders, to use the $2.2 billion of available unobligated MILCON to restore funding for 66 projects in 11 States, 3 territories, and 16 countries in FY 2021. Within the constraint of the amounts restored to any given account, each Component considered that Component's priorities, as well as design maturity and executability, when selecting projects to receive immediate funding **(TAB A)**.

- All other previously deferred projects **(TAB E)** will be 1) considered for future funding; 2) funded or built by partner countries; or 3) cancelled due to changes in operational requirements. The FY 2022 President's Budget includes $661 million for 16 such projects to be funded in accounts where insufficient unobligated balances existed.

**RECOMMENDATION**: Approve the funding plan at **TAB A** by signing below.

JUN 1 0 2021

Approve: _[signature]_    Disapprove: _____

**COORDINATION:** OGC, OMB at **TAB F**

Attachments:
As stated

## TAB A - Projects to be Funded from Released Funds (FY 2021)
### Dollars in Thousands

| Location | State/Country Title | Component | Line Item Title | FY 2021 Restoral |
|---|---|---|---|---|
| States | Alaska | MDA | Missile Field #1 Expansion | $10,000 |
| | Florida | Air Force | Fire/Crash Rescue Station | $25,800 |
| | Indiana | Air Guard | Construct Small Arms Range | $9,417 |
| | Maryland | Army | Cantonment Area Roads | $26,000 |
| | North Carolina | USMC | 2nd Radio BN Complex, Phase 2 (INC) | $25,650 |
| | South Carolina | USMC | Laurel Bay Fire Station Replacement | $10,750 |
| | Texas | Air Force | Camp Bullis Dining Facility | $22,000 |
| | Utah | Air Force | Composite Aircraft Antenna Calibration Fac | $24,000 |
| | Virginia | Navy | Ships Maintenance Facility | $26,120 |
| | Washington | Navy | Pier and Maintenance Facility[1/] | $88,960 |
| | Wisconsin | Air Guard | Construct Small Arms Range | $10,493 |
| | Unspecified | Army | Defense Access Roads[2/] | $20,000 |
| **States Total** | | | | **$299,190** |
| Territory | Guam | Air Force | APR - Munitions Storage Igloos, Ph 2 | $28,600 |
| | | | APR - SATCOM C4I Facility | $13,800 |
| | | | PRTC Roads | $2,500 |
| | | Navy | Navy-Commercial Tie-In Hardening | $37,180 |
| | | USMC | Earth Covered Magazines | $52,270 |
| | | | Machine Gun Range (INC) | $50,000 |
| | | | Water Well Field | $56,088 |
| | Puerto Rico | Army Guard | Aircraft Maintenance Hangar (AASF) | $64,000 |
| | | | Company Headquarters Bldg -Transient Training | $47,000 |
| | | | Dining Facility, Transient Training | $13,000 |
| | | | Maneuver Area Training Equipment Site | $78,337 |
| | | | National Guard Readiness Center | $50,000 |
| | | | Power Substation/Switching Station Building | $35,000 |
| | | | Readiness Center | $28,602 |
| | | | Vehicle Maintenance Shop | $26,707 |
| | Virgin Islands | Army Guard | National Guard Vehicle Maintenance Shop Add/A | $3,962 |
| | | | Vehicle Maintenance Shop | $21,436 |
| **Territory Total** | | | | **$608,482** |
| Overseas | Bahrain Island | Navy | Electrical System Upgrade | $53,360 |
| | | | Fleet Maintenance Facility & TOC | $26,340 |
| | Bulgaria | Army | EDI: Ammunition Holding Area | $5,200 |
| | Germany | Army | Hazardous Material Storage Building | $2,900 |
| | | | Mission Training Complex | $30,800 |
| | | Air Force | 37 AS Squadron Operations/AMU | $15,400 |
| | | | Upgrade Hardened Aircraft Shelters for F/A-22 | $1,800 |
| | | DLA | EDI: Logistics Distribution Center Annex | $46,000 |
| | | DoDEA | Robinson Barracks Elem. School Replacement | $46,609 |
| | | | Spangdahlem Elementary School Replacement | $79,141 |
| | Greece | Navy | EDI: Marathi Logistics Support Center | $6,200 |
| | Guantanamo Bay, Cuba | Army | OCO: Communications Facility | $22,000 |
| | | | OCO: Detention Legal Office and Comms Ctr | $11,800 |
| | | DHA | Working Dog Treatment Facility Replacement | $9,761 |
| | Hungary | Air Force | ERI: Increase POL Storage Capacity | $13,717 |
| | Italy | Navy | EDI: P-8A Taxiway and Apron Upgrades | $66,050 |
| | Japan | DoDEA | Bechtel Elementary School | $94,851 |
| | | | Kinnick High School Inc 1 | $40,000 |
| | | | Pacific East District Superintendent's Office | $20,106 |
| | Jordan | Air Force | Air Traffic Control Tower | $18,901 |
| | | | Munitions Storage Area | $34,262 |
| | Korea | Army | Command and Control Facility | $21,000 |
| | | | Unmanned Aerial Vehicle Hangar | $48,699 |
| | Kwajalein | Army | Air Traffic Control Terminal | $70,000 |
| | Luxembourg | Air Force | ERI: ECAOS Deployable Airbase System Storage | $97,071 |
| | Romania | Army | EDI: Explosives & Ammo Load/Unload Apron | $22,500 |
| | Slovakia | Air Force | EDI - Regional Munitions Storage Area | $59,916 |
| | | | ERI: Airfield Upgrades | $17,346 |
| | | | ERI: Airfield Upgrades | $3,061 |
| | | | ERI: Increase POL Storage Capacity | $19,085 |
| | Spain | Navy | EDI: In-Transit Munitions Facility | $9,960 |
| | | | EDI: Joint Mobility Center | $46,840 |
| | | | EDI: Port Operations Facilities | $21,590 |
| | | | EDI: Small Craft Berthing Facility | $12,770 |
| | United Kingdom | Air Force | EDI - Munitions Holding Area | $26,977 |
| | | | Main Gate Complex | $16,500 |
| | Worldwide Unspecified | Air Force | TACMOR - Utilities and Infrastructure Support | $120,917 |
| **Overseas Total** | | | | **$1,259,430** |
| Other 2808 Unobligated Balances[3/] | | Army | | $12,088 |
| | | Navy | | $13,018 |
| | | Air Force | | $1,208 |
| | | Army Guard | | $831 |
| | | Air Guard | | $4,090 |
| | | OSD | | $1,446 |
| **Other 2808 Unobligated Balances Total** | | | | **$32,681** |
| **Grand Total** | | | | **$2,199,783** |

[1/] Although this project remains identified as a funding source for Section 2808 construction, funding for this project was previously released to the Navy pursuant to a court order that is on appeal.

[2/] To date, Congress has not authorized a location for this Defense Access Roads project.

[3/] After restoral of funding for projects at updated cost estimates in accordance with established procedures, any remaining 2808 unobligated balances will be returned to the relevant MILCON accounts.


| Federal Register | **Presidential Documents** |
|---|---|
| Vol. 86, No. 16 | |
| Wednesday, January 27, 2021 | |

Title 3—

The President

Proclamation 10142 of January 20, 2021

Termination of Emergency With Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction

By the President of the United States of America

A Proclamation

Like every nation, the United States has a right and a duty to secure its borders and protect its people against threats. But building a massive wall that spans the entire southern border is not a serious policy solution. It is a waste of money that diverts attention from genuine threats to our homeland security. My Administration is committed to ensuring that the United States has a comprehensive and humane immigration system that operates consistently with our Nation's values. In furtherance of that commitment, I have determined that the declaration of a national emergency at our southern border in Proclamation 9844 of February 15, 2019 (Declaring a National Emergency Concerning the Southern Border of the United States), was unwarranted. It shall be the policy of my Administration that no more American taxpayer dollars be diverted to construct a border wall. I am also directing a careful review of all resources appropriated or redirected to construct a southern border wall.

NOW, THEREFORE, I, JOSEPH R. BIDEN JR., President of the United States of America, by the authority vested in me by the Constitution and the laws of the United States of America, including section 202 of the National Emergencies Act (50 U.S.C. 1601 *et seq.*), hereby declare that the national emergency declared by Proclamation 9844, and continued on February 13, 2020 (85 *Fed. Reg.* 8715), and January 15, 2021, is terminated and that the authorites invoked in that proclamation will no longer be used to construct a wall at southen border. I hereby futher direct as follows:

**Section 1.** *Pause in Construction and Obligation of Funds.* (a) The Secretary of Defense and the Secretary of Homeland Security, in consultation with the Director of the Office of Management and Budget, shall direct the appropriate officials within their respective departments to:

(i) pause work on each construction project on the southern border wall, to the extent permitted by law, as soon as possible but in no case later than seven days from the date of this proclamation, to permit:

(A) assessment of the legality of the funding and contracting methods used to construct the wall;
(B) assessment of the administrative and contractual consequences of ceasing each wall construction project; and
(C) completion and implementation of the plan developed in accordance with section 2 of this proclamation;

(ii) pause immediately the obligation of funds related to construction of the southern border wall, to the extent permitted by law; and

(iii) compile detailed information on all southern border wall construction contracts, the completion status of each wall construction project, and the funds used for wall construction since February 15, 2019, including directly appropriated funds and funds drawn from the Treasury Forfeiture Fund (31 U.S.C. 9705(g)(4)(B)), the Department of Defense Drug Interdiction and Counter-Drug Activities account (10 U.S.C. 284), and the Department

of Defense Military Construction account (pursuant to the emergency authorities in 10 U.S.C. 2808(a) and 33 U.S.C. 2293(a)).

(b) The pause directed in subsection (a)(i) of this section shall apply to wall projects funded by redirected funds as well as wall projects funded by direct appropriations. The Secretary of Defense and the Secretary of Homeland Security may make an exception to the pause, however, for urgent measures needed to avert immediate physical dangers or where an exception is required to ensure that funds appropriated by the Congress fulfill their intended purpose.

**Sec. 2.** *Plan for Redirecting Funding and Repurposing Contracts.* The Secretary of Defense and the Secretary of Homeland Security, in coordination with the Secretary of the Treasury, the Attorney General, the Director of the Office of Management and Budget, and the heads of any other appropriate executive departments and agencies, and in consultation with the Assistant to the President for National Security Affairs, shall develop a plan for the redirection of funds concerning the southern border wall, as appropriate and consistent with applicable law. The process of developing the plan shall include consideration of terminating or repurposing contracts with private contractors engaged in wall construction, while providing for the expenditure of any funds that the Congress expressly appropriated for wall construction, consistent with their appropriated purpose. The plan shall be developed within 60 days from the date of this proclamation. After the plan is developed, the Secretary of Defense and the Secretary of Homeland Security shall take all appropriate steps to resume, modify, or terminate projects and to otherwise implement the plan.

**Sec. 3.** *Definition.* Consistent with Executive Order 13767 of January 25, 2017 (Border Security and Immigration Enforcement Improvements), for the purposes of this proclamation, "wall" means a contiguous, physical wall or other similarly secure, contiguous, and impassable physical barrier.

**Sec. 4.** *General Provisions.* (a) Nothing in this proclamation shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This proclamation shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this twentieth day of January, in the year of our Lord two thousand twenty-one, and of the Independence of the United States of America the two hundred and forty-fifth.

*[Signature: J. R. Biden, Jr.]*

[FR Doc. 2021–01922
Filed 1–26–21; 8:45 am]
Billing code 3295–F1–P



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JAN 2 3 2021

MEMORANDUM FOR CHAIRMAN OF THE JOINT CHIEFS OF STAFF
    UNDER SECRETARY OF DEFENSE FOR POLICY
    UNDER SECRETARY OF DEFENSE (COMPTROLLER)/CHIEF
        FINANCIAL OFFICER OF THE DEPARTMENT OF DEFENSE
    UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND
        READINESS
    GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
    UNDER SECRETARY OF THE ARMY
    COMMANDER, U.S. ARMY CORPS OF ENGINEERS

SUBJECT: Department of Defense Actions Regarding the Proclamation of January 20, 2021, Termination of Emergency with Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction

In the attached proclamation of January 20, 2021, "Termination of Emergency with Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction," the President terminated the national emergency with respect to the southern border, declared in Proclamation 9844, and continued on February 13, 2020 (85 Fed. Reg. 8715), and January 15, 2021 (86 Fed. Reg. 6557), and the authorities based on that emergency, and directed further actions related to construction of border barriers. The termination of the national emergency eliminates the authority to issue orders for units and members under title 10, U.S. Code, section 12302, but does not otherwise affect the authority to continue supporting the Department of Homeland Security at the southern border outside the framework of the terminated national emergency.

To implement the President's direction, the following actions shall be initiated:

- The Under Secretary of Defense for Policy (USD(P)) shall undertake, in coordination with the Commander, U.S. Army Corps of Engineers, and the Under Secretary of Defense (Comptroller)/Chief Financial Officer (USD(C)/CFO), and in consultation with the Director of the Office of Management and Budget, the following actions:

    – An assessment of the administrative and contractual consequences of ceasing each border barrier construction project authorized pursuant to title 10, U.S. Code, sections 284 and 2808.

    – A compilation of detailed information on all southern border wall construction contracts authorized pursuant to title 10, U.S. Code, sections 284 and 2808, the completion status of each wall construction project, including any land acquisition, and the funds used for wall construction since February 15, 2019.

- The USD(P) shall develop, in coordination with the USD(C)/CFO, and in consultation with the Secretary of the Treasury, the Attorney General, the Director of




OSD000495-21/CMD000967-21

the Office of Management and Budget, and the heads of any other appropriate executive departments and agencies, and in consultation with the Assistant to the President for National Security Affairs, a "Plan for Redirecting Funding and Repurposing Contracts" required in section 2 of the President's proclamation for projects authorized pursuant to title 10, U.S. Code, sections 284 and 2808. The Plan must be completed within the timeframe established in the President's proclamation of January 20, 2021.

- With respect to the 11 border barrier military construction projects authorized under the Secretary of Defense memorandum, "Guidance for Undertaking Military Construction Projects Pursuant to Section 2808 of Title 10, U.S. Code," dated September 3, 2019, the Secretary of the Army shall cease exercising the authority provided by section 2808 to award contracts or options on existing contracts, incur new obligations that advance project performance, or incur new expenses unrelated to existing contractual obligations. This direction applies to land acquisition and to all aspects of construction.

- The Secretary of the Army shall direct the Commander, U.S. Army Corps of Engineers, to take immediate action to pause work on all border barrier military construction projects authorized by title 10, U.S. Code, sections 284 and 2808, to the extent permitted by law, as soon as possible, but in no case later than 1700 EST, Wednesday, January 27, 2021. The Secretary of the Army may authorize the Commander, U.S. Army Corps of Engineers, to approve exceptions to the pause for urgent measures needed to avert immediate physical dangers. Additionally, if the Commander, U.S. Army Corps of Engineers, believes an exception to the pause is required to ensure that funds appropriated by the Congress fulfill their intended purpose, he shall immediately ask the Secretary of the Army to submit a request through the USD(P) for my decision.

- The Commander, U.S. Army Corps of Engineers, shall cease exercising the authority provided by title 10, U.S. Code, section 284(b)(7), to award contracts or options on existing contracts, incur new obligations that advance project performance, or incur new expenses unrelated to existing contractual obligations. This direction applies to all aspects of construction and installation.

- The Commander, U.S. Army Corps of Engineers, shall take immediate action to pause work on all projects authorized by title 10, U.S. Code, section 284(b)(7), to the extent permitted by law, as soon as possible, but in no case later than 1700 EST, Wednesday, January 27, 2021. The Commander, U.S. Army Corps of Engineers, may approve exceptions to the pause for urgent measures needed to avert immediate physical dangers. If the Commander, U.S. Army Corps of Engineers, believes an exception to the pause is required to ensure that funds appropriated by the Congress fulfill their intended purpose, he shall immediately submit a request through the USD(P) for my decision.

- The Commander, U.S. Army Corps of Engineers, shall promptly seek direction from the Department of Homeland Security regarding border barrier projects undertaken by

the Department of Homeland Security for which the U.S. Army Corps of Engineers is the construction agent.

- The General Counsel of the Department of Defense shall undertake an assessment of the legality of the funding and contracting methods used to construct border barriers pursuant to title 10, U.S. Code, sections 284 and 2808.

- The Under Secretary of Defense for Personnel and Readiness shall issue guidance to ensure there is no further exercise of authority pursuant to title 10, U.S. Code, section 12302, related to the emergency along the southern border.

Attachment:
As stated

3



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

APR 30 2021

MEMORANDUM FOR SECRETARY OF THE ARMY
                            UNDER SECRETARY OF DEFENSE (COMPTROLLER)/CHIEF FINANCIAL OFFICER

SUBJECT: Department of Defense Actions Implementing Presidential Proclamation 10142

      In Proclamation 10142, the President "declare[d] that the national emergency declared by Proclamation 9844 ... is terminated and that the authorities invoked in that proclamation will no longer be used to construct a wall at the southern border." The Proclamation also directed the Secretary of Defense and the Secretary of Homeland Security to develop a plan for redirecting funding and repurposing contracts for all border barrier projects. This memorandum directs actions for the Department of Defense in furtherance of Proclamation 10142 regarding those projects authorized pursuant to title 10, U.S. Code, sections 284 and 2808.

<u>Section 2808 of Title 10, U.S. Code, Border Barrier Construction</u>

      As specified in section 2808(c) the termination of the national emergency with respect to the southern border in Proclamation 10142 made the authority provided in section 2808 no longer available. I have also determined, based on the termination of the national emergency, that projects authorized pursuant to section 2808 are no longer necessary to support the use of the armed forces.

      The Secretary of the Army will take immediate action to: (1) cancel all section 2808 border barrier construction projects, including providing any requisite congressional notification; (2) relinquish any lands withdrawn by the Department of the Interior for such construction; and (3) transfer administrative jurisdiction of any lands purchased for such construction or transferred from other Federal departments or agencies pursuant to the Federal Property Act, to the Department of Homeland Security. The Department of the Army may expend military construction funds made available for section 2808 border barrier construction only to pay contract termination costs, including suspension costs. Such costs may include expenses of activities necessary for contractor demobilization, but may not include costs associated with any further construction or construction-related activities of any kind.

      As funds become available, the Under Secretary of Defense (Comptroller)/Chief Financial Officer will take immediate action to release the unobligated military construction funds to the relevant Military Departments and Defense Agencies and ensure they are used in an appropriately prioritized manner to carry out military construction projects that were deferred to finance section 2808 border barrier construction.

<u>Section 284 of Title 10, U.S. Code, Border Barrier Construction</u>

      Cancelling section 284 border barrier projects is consistent with the President's determination that "building a massive wall that spans the entire southern border is not a serious policy solution" to the security challenges at the southern border. Although not legally required



OSD003734-21/CMD005244-21

by the termination of the national emergency at the southern border, cancelling section 284 projects is consistent with the policy intent, described in Proclamation 10142, to end construction of a border wall. The Secretary of the Army therefore will take immediate action to cancel all section 284 construction projects. The Department of the Army may use funds transferred for section 284 border barrier construction projects to pay contract termination costs, including suspension costs. Such contract termination and suspension costs may include costs associated with activities necessary for contractor demobilization. The Department of the Army also may use such funds for activities necessary to make permanent any measures that were taken to avert immediate physical dangers during the pause directed by section 1(b) of Proclamation 10142.

I have informed the Secretary of Homeland Security that DoD will no longer undertake the construction of fences and roads and installation of lighting at the southern border pursuant to title 10, U.S. Code, section 284, and that consistent with previous approvals of section 284 construction, DHS will accept custody of border barrier infrastructure constructed pursuant to section 284, account for such infrastructure in its real property records, and operate and maintain the infrastructure (including undertaking any necessary further construction, consistent with applicable law).

*[signature]*

cc:
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Acquisition and Sustainment
Under Secretary of Defense for Policy
General Counsel of the Department of Defense
Commander, U.S. Army Corps of Engineers

| | | Projects Not Funded from Released Funds | | |
|---|---|---|---|---:|
| Location | State Country Title | Component | Line Item Title | Enacted Amount ($000) |
| States | California | Air Guard | Construct C-130J Flight Simulator Facility | 8,000 |
| | New Mexico | Air Force | MQ-9 FTU Ops Facility | 85,000 |
| | Oregon | DLA | Replace Fuel Facilities | 2,500 |
| | Virginia | DLA | Replace Hazardous Materials Warehouse | 18,500 |
| | | | Replace Hazardous Materials Warehouse | 22,500 |
| Territories | Guam | Air Force | Hayman Munitions Storage Igloos MSA 2[1] | 9,800 |
| | Puerto Rico | Army Guard | Engineering/Housing Maintenance Shops (DPW) | 11,000 |
| | | DoDEA | Ramey Unit School Replacement[1] | 61,071 |
| | Virgin Islands | Army Guard | Power Substation/Switching Station Building | 3,500 |
| Overseas | Belguim | DoDEA | Europe West District Superintendent's Office[1] | 14,305 |
| | Estonia | USSOCOM | EDI: SOF Operations Facility | 6,100 |
| | | | EDI: SOF Training Facility | 9,600 |
| | Germany | Air Force | EDI - KMC DABS-FEV/RH Storage Warehouses | 119,000 |
| | | | F/A-22 Low Observable/Composite Repair Fac[1] | 18,000 |
| | | | EIC - Site Development and Infrastructure | 43,465 |
| | | DoDEA | Clay Kaserne Elementary School | 56,048 |
| | | USSOCOM | SOF Joint Parachute Rigging Facility | 11,504 |
| | | USMC | MARFOREUR HQ Modernization and Expansion | 43,950 |
| | Greece | Navy | EDI: Joint Mobility Processing Center[1] | 41,650 |
| | Hungary | Air Force | ERI: Airfield Upgrades[1] | 12,900 |
| | | | ERI: Construct Parallel Taxiway[1] | 30,000 |
| | Japan | Air Force | APR - Replace Munitions Structures[1] | 19,815 |
| | | | C-130J Corrosion Control Hangar[1] | 23,777 |
| | | | Construct CATM Facility[1] | 8,243 |
| | | DLA | Construct Bulk Storage Tanks PH 1 | 30,800 |
| | | | Fuel Pier[1] | 33,200 |
| | | | Truck Unload Facilities[1] | 21,400 |
| | | USSOCOM | Hangar/AMU[1,2] | 39,466 |
| | | | Operations and Warehouse Facilities | 26,710 |
| | | | SOF Maintenance Hangar | 42,823 |
| | | | Hangar/Aircraft Maintenance Unit[1,2] | 12,034 |
| | | | Operations and Warehouse Facilities | 8,590 |
| | | | SOF Maintenance Hangar | 3,972 |
| | Norway | Air Force | ERI: Replace/Expand Quick Reaction Alert Pad | 10,300 |
| | Poland | Army | EDI: Rail Extension and Railhead | 6,400 |
| | | | EDI: Ammunition Storage Facility | 52,000 |
| | | | EDI: Bulk Fuel Storage | 21,000 |
| | | | EDI: Staging Areas | 17,000 |
| | | | EDI: Staging Areas | 34,000 |
| | Spain | Air Force | EDI-Hot Cargo Pad[1] | 8,500 |
| | Turkey | Air Force | OCO: Relocate Base Main Access Control Point | 14,600 |
| | United Kingdom | Air Force | EDI - Construct DABS-FEV Storage[1] | 87,000 |
| | | | EIC RC-135 Infrastructure | 2,150 |
| | | | EIC RC-135 Intel and Squad Ops Facility | 38,000 |
| | | | EIC RC-135 Runway Overrun Reconfiguration | 5,500 |
| | | DoDEA | Croughton Elem/Middle/High School Replacement | 71,424 |
| | | NSA | RAFMH Main Gate Rehabilitation[1] | 11,000 |
| | Worldwide Unspecified | Army | EDI: Bulk Fuel Storage | 36,000 |
| | | | EDI: Information Systems Facility | 6,200 |
| | Worldwide Unspecified | Air Force | EDI-ECAOS DABS/FEV EMEDS Storage | 107,000 |
| | | | EDI-Hot Cargo Pad | 29,000 |
| Grand Total | | | | 1,456,297 |

[1] Funding for this project is included in the FY 2022 President's Budget request at the updated cost estimate.
[2] This cost-to-complete project is consolidated into a single project in the FY 2022 President's Budget request.

## Comptroller Coordination Sheet

**Subject:** Plan for Use of Funding Required in Section 2 of Proclamation 101412 for Projects Authorized Pursuant to title 10, U.S. Code, sections 284 and 2808

| Title/Organization | Name | Coordination Received |
|---|---|---|
| OGC | Beth George | June 7, 2021 |
| OMB | Ed Meier | June 7, 2021 |