MARK R. HERRING
Attorney General
MICHELLE S. KALLEN
Acting Solicitor General
KENDALL T. BURCHARD
Attorney
202 North Ninth Street
Richmond, VA  21239
(804) 786-2071
SolicitorGeneral@oag.state.va.us

*Attorneys for Commonwealth of Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al.,<br><br>    Defendants. | Case No. 4:20-cv-01563-HSG<br><br>**ORDER<br>GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF COMMONWEALTH OF VIRGINIA** |

Kendall T. Burchard seeks leave to withdraw as counsel for plaintiff Commonwealth of Virginia in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Pro. Conduct 3-700(A)(1). As this Court finds that Ms. Burchard has submitted satisfactory reasoning for withdrawal, and that granting her Motion will not cause substantial prejudice or delay to any party.

1

IT IS HEREBY ORDERED THAT Kendall T. Burchard's Motion to Withdraw as Counsel for plaintiff Commonwealth of Virginia is GRANTED.

DATED: 8/26/2021    By: *Haywood S. Gill, Jr.*
United States District Court Judge