1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| STATE OF CALIFORNIA et al.;<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN, in his official capacity as President of the United States of America et al.;**<br><br>Defendants. | Case No. 4:20-cv-01563-HSG<br><br>**ORDER**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Trial Date: None Set<br>Action Filed: March 3, 2020 |
|---|---|

The Court hereby GRANTS Plaintiff State of California's motion for Lee I. Sherman to withdraw as attorney for Plaintiff State of California in this matter.

**IT IS SO ORDERED.**

Dated: 9/22/2021

_____
The Honorable Haywood S. Gilliam, Jr.