BRIAN M. BOYNTON
Acting Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>    Defendants.<br><br>SIERRA CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>    Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br>No. 4:20-cv-01494-HSG<br>No. 4:20-cv-01563-HSG<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's Order of September 13, 2021, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties remain in active settlement discussions and request that the Court continue the

1  stay of these cases for 90 days.  On November 19, 2021, Magistrate Judge Ryu conducted a five-
2  hour settlement conference focused on the State Plaintiffs' request for relief related to the
3  diversion of Department of Defense funds for border wall construction and Defendants' plans to
4  remediate the impacts of prior border wall construction activities.  Following the settlement
5  conference, the parties exchanged additional information at Judge Ryu's request.

6        The parties believe that their settlement discussions in these complex matters are
7  progressing forward in good faith.  The parties agree that the interests of party and judicial
8  economy would be furthered by allowing the parties to continue these ongoing discussions with
9  the goal of reaching a mutually-agreeable resolution without the need for further litigation.  The
10  parties propose to file another joint status report in 90 days.

DATE:  December 13, 2021              Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Acting Assistant Attorney General

                                                    ALEXANDER K. HAAS
                                                    Director, Federal Programs Branch

                                                    ANTHONY J. COPPOLINO
                                                    Deputy Director, Federal Programs Branch

                                                    /s/ *Andrew I. Warden*
                                                    ANDREW I. WARDEN
                                                    Senior Trial Counsel (IN Bar No. 23840-49)
                                                    MICHAEL J. GERARDI
                                                    Trial Attorneys
                                                    U.S. Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street, NW
                                                    Washington, D.C. 20530
                                                    Tel.:    (202) 616-5084
                                                    Fax:    (202) 616-8470
                                                    E-Mail:  Andrew.Warden@usdoj.gov

                                                    *Counsel for Defendants*

| | | |
|---|---|---|
| 1 | DROR LADIN* | ROB BONTA |
| 2 | NOOR ZAFAR* | Attorney General of California |
|   | HINA SHAMSI* | ROBERT W. BYRNE |
| 3 | OMAR C. JADWAT* | MICHAEL L. NEWMAN |
| 4 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION | EDWARD H. OCHOA |
|   | 125 Broad Street, 18th Floor | Senior Assistant Attorneys General |
| 5 | New York, NY 10004 | MICHAEL P. CAYABAN |
| 6 | Tel: (212) 549-2660 | JAMES F. ZAHRADKA II |
|   | dladin@aclu.org | Supervising Deputy Attorneys General |
| 7 | hshamsi@aclu.org | JANELLE M. SMITH |

DROR LADIN*
NOOR ZAFAR*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
Tel: (212) 549-2660
dladin@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
nzafar@aclu.org

/s/ Cecillia D. Wang
CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA  94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL
LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

*Attorneys for Plaintiffs in
4:19-cv-00892-HSG and
4:20-cv-01494-HSG*

*Admitted pro hac vice
**Attorneys for Plaintiff Sierra Club only

ROB BONTA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
EDWARD H. OCHOA
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
JAMES F. ZAHRADKA II
Supervising Deputy Attorneys General
JANELLE M. SMITH

/s/ James E. Richardson
JAMES E. RICHARDSON
Deputy Attorney General
1515 Clay St., Suite 2000
Oakland, CA 94612
Tel.: (510) 879-0285
E-mail: James.Richardson@doj.ca.gov

*Attorneys for Plaintiff State of California in 4:19-cv-00872-HSG and 4:20-cv-01563-HSG*