IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| STATE OF CALIIFORNIA et al., | Case No. 4:20-cv-01563-HSG |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | Judge: Honorable Haywood S. Gilliam, Jr. |
| JOSEPH R. BIDEN, JR., et al., | Trial Date: None Set |
| Defendants. | Action Filed: January 26, 2022 |

The Court hereby GRANTS plaintiff State of Vermont's motion for Benjamin D. Battles to withdraw as attorney for the State of Vermont in this matter.

**IT IS SO ORDERED.**

Dated: 1/27/2022

*[signature]*
The Honorable Haywood S. Gilliam, Jr.