UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.            ,

Plaintiff(s),

v.

Biden, et al.                          ,

Defendant(s).

Case No. 4:20-cv-01563-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Rachel E. Smith, an active member in good standing of the bar of Vermont, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Vermont in the above-entitled action. My local co-counsel in this case is James E. Richardson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 331958.

109 State Street, Montpelier, VT 05609
MY ADDRESS OF RECORD

(802) 828-3178
MY TELEPHONE # OF RECORD

rachel.e.smith@vermont.gov
MY EMAIL ADDRESS OF RECORD

1515 Clay St., Suite 2000, Oakland, CA, 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 879-0285
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

james.richardson@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5903.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated:  01/24/2022                                   Rachel E. Smith
                                                        APPLICANT
5

6

7

8                        ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Rachel E. Smith            is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____ 1/28/2022 _____

16

17    _Haywood S. Gill Jr._____

18        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                           2



# VERMONT SUPREME COURT

# CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Rachel E. Smith**, #**5903** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 3rd day of January 2019.

This is to **FURTHER CERTIFY** that the said **Rachel E. Smith, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 13th day of January 2022.

Emily Wetherell
Deputy Clerk