IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al.,<br><br>Defendants. | Case No. 4:20-cv-01563-HSG<br><br>**ORDER**<br><br>Judge:   The Honorable Haywood S. Gilliam, Jr.<br>Action Filed: February 18, 2019 |

The Court hereby GRANTS Plaintiff State of California's motion for Sparsh S. Khandeshi to withdraw as attorney for Plaintiff State of California in this matter

**IT IS SO ORDERED.**

Dated:    7/25/2022                                     _____
                                                                        The Honorable Haywood S. Gilliam, Jr.