IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE STATE OF CALIFORNIA,** *ET AL.*, <br> Plaintiffs, <br> v. <br> **JOSEPH R. BIDEN, JR.,** *ET AL*. <br> Defendants, | Case No. 4:20-cv-01563-HSG <br><br> **ORDER** <br><br> Judge: The Honorable Haywood S. Gilliam, Jr. <br><br> Action Filed: March 3, 2020 |

The Court hereby GRANTS Plaintiff State of Illinois's motion for Elizabeth Roberson Young to withdraw as attorney for Plaintiff State of Illinois in this matter.

**IT IS SO ORDERED**.

DATED: 4/3/2023

_____
The Honorable Haywood S. Gilliam, Jr.