|   |   |
|---|---|
| 1 | BRIAN M. BOYNTON |
|   | Principal Deputy Assistant Attorney General |
| 2 | ALEXANDER K. HAAS |
|   | Director, Federal Programs Branch |
| 3 | ANTHONY J. COPPOLINO |
| 4 | Deputy Director, Federal Programs Branch |
|   | ANDREW I. WARDEN (IN #23840-49) |
| 5 | Senior Trial Counsel |
|   | U.S. Department of Justice |
| 6 | Civil Division, Federal Programs Branch |
| 7 | 1100 L Street, NW |
|   | Washington, D.C. 20530 |
| 8 | Tel.:   (202) 616-5084 |
|   | Fax:   (202) 616-8470 |
| 9 | *Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | |
| Plaintiffs, | |
| v. | No. 4:19-cv-00872-HSG |
| JOSEPH R. BIDEN, JR., *et al.*, | No. 4:19-cv-00892-HSG |
| Defendants. | No. 4:20-cv-01494-HSG |
| | No. 4:20-cv-01563-HSG |
| SIERRA CLUB, *et al.*, | **JOINT STATUS REPORT** |
| Plaintiffs, | |
| v. | |
| JOSEPH R. BIDEN, JR., *et al.*, | |
| Defendants. | |

In accordance with the Court's Order dated March 14, 2023, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties are nearing the conclusion of their efforts to reach a negotiated resolution of

*California v. Biden*, 4:19-cv-00872-HSG; 4:20-cv-01563-HSG – Joint Status Report
*Sierra Club v. Biden*, 4:19-cv-00892-HSG; 4:20-cv-01494-HSG – Joint Status Report

1

1  these cases.  The parties have recently conferred about several final issues and remain optimistic
2  that their good-faith discussions will lead to a settlement that resolves these matters.  Based on
3  the progress the parties have made recently in their discussions, the parties have begun the process
4  of obtaining the necessary client and government approvals for settlement of these cases.  The
5  parties have reported their progress to Magistrate Judge Ryu and she has directed the parties to
6  submit a status report to her on June 1, 2023.
7        Accordingly, the parties request that the Court continue the stay of these cases for an
8  additional 45 days to allow the parties to work toward a final settlement.  The parties propose to
9  file a joint status report on June 12, 2023.

DATE:  April 27, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov
*Counsel for Defendants*

| | | |
|---|---|---|
| 1 | | |
| 2 | /s/ Cecillia D. Wang | ROB BONTA |
| | NOOR ZAFAR* | Attorney General of California |
| 3 | HINA SHAMSI* | ROBERT W. BYRNE |
| | OMAR C. JADWAT* | MICHAEL L. NEWMAN |
| 4 | AMERICAN CIVIL LIBERTIES UNION | EDWARD H. OCHOA |
| | FOUNDATION | Senior Assistant Attorneys General |
| 5 | 125 Broad Street, 18th Floor | MICHAEL P. CAYABAN |
| 6 | New York, NY  10004 | JAMES F. ZAHRADKA II |
| | Tel: (212) 549-2660 | Supervising Deputy Attorneys General |
| 7 | hshamsi@aclu.org | JANELLE M. SMITH |
| | ojadwat@aclu.org | |
| 8 | nzafar@aclu.org | /s/ James E. Richardson |
| 9 | | JAMES E. RICHARDSON |
| | CECILLIA D. WANG (SBN 187782) | Deputy Attorney General |
| 10 | AMERICAN CIVIL LIBERTIES UNION | 1515 Clay St., Suite 2000 |
| | FOUNDATION | Oakland, CA 94612 |
| 11 | 39 Drumm Street | Tel.: (510) 879-0285 |
| 12 | San Francisco, CA  94111 | E-mail: James.Richardson@doj.ca.gov |
| | Tel: (415) 343-0770 | |
| 13 | cwang@aclu.org | *Attorneys for Plaintiff State of California in 4:19-cv-00872-HSG and 4:20-cv-01563-HSG* |
| 14 | | |
| 15 | SANJAY NARAYAN (SBN 183227)** | |
| | GLORIA D. SMITH (SBN 200824)** | |
| 16 | SIERRA CLUB ENVIRONMENTAL | |
| | LAW PROGRAM | |
| 17 | 2101 Webster Street, Suite 1300 | |
| | Oakland, CA 94612 | |
| 18 | Tel: (415) 977-5772 | |
| 19 | sanjay.narayan@sierraclub.org | |
| | gloria.smith@sierraclub.org | |
| 20 | | |
| | *Attorneys for Plaintiffs in* | |
| 21 | *4:19-cv-00892-HSG and* | |
| | *4:20-cv-01494-HSG* | |
| 22 | | |
| 23 | *Admitted pro hac vice | |
| | **Attorneys for Plaintiff Sierra Club only | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |