|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| State of California, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>Biden, et al.,<br><br>Defendant(s). | Case No. 4:20-cv-01563-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Shannon Stevenson, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Colorado in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 257214.

| | |
|---|---|
| 1300 Broadway St., 10th FL<br>Denver, CO 802023 | 455 Golden Gate Ave., Ste 11000<br>San Francisco, CA 94102 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (720) 508-6749 | (415) 510-3525 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| shannon.stevenson@coag.gov | Christine.Chuang@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 35542.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/22/2023                                       Shannon Stevenson
                                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Shannon Stevenson  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/26/2023

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO,** ss:

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__SHANNON WELLS STEVENSON__

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __26th__ day of __May__ A.D. __2004__ and that at the date hereof the said __SHANNON WELLS STEVENSON__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __21st__ day of __June__ A.D. __2023__

*Cheryl Stevens*
                  Clerk

By _[signature]_
                Deputy Clerk