IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, et al., <br><br> Defendants. | Case No. 4:20-cv-01563-HSG |

## ORDER

The Court hereby GRANTS Plaintiff State of Colorado's Motion for Eric R. Olson to withdraw as attorney for the State of Colorado in this matter.

**IT IS SO ORDERED**.

Dated: 6/28/2023

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.