IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | No. 4:19-CV-00872-HSG <br><br> No. 4:20-CV-01563-HSG <br><br> ORDER |

Upon consideration of Plaintiffs' unopposed motion to dismiss with prejudice, it is hereby ORDERED that the above-captioned cases are DISMISSED WITH PREJUDICE in their entirety as to as to all parties other than the State of Wisconsin's claims against Defendants. *See* Fed. R. Civ. P. 41(a)(2). Each party shall bear its own costs and attorneys' fees.

The Court retains jurisdiction over these cases for a period of four years from the date of this order for the purpose of enforcement of the parties' settlement agreement, which is incorporated into this order. A party may request that the Court extend its jurisdiction if settlement obligations are not completed within those four years and the party believes it

1  necessary for the Court to retain jurisdiction to enforce the parties' settlement agreement. Any
2  such request shall be submitted by motion.

Dated: 7/17/2023

*Haywood S. Gilliam, Jr.* (signature)
The Honorable Haywood S. Gilliam, Jr.