BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>　　　　Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:20-cv-01563-HSG<br><br>**JOINT STATUS REPORT ADDRESSING FURTHER PROCEEDINGS INVOLVING THE STATE OF WISCONSIN** |

　　　　In accordance with this Court's Order dated June 13, 2023, Plaintiff State of Wisconsin and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

　　　　As the Court is aware, the State of Wisconsin did not join the settlement agreement recently filed by all other remaining parties or the corresponding motion to voluntarily dismiss. Rather, the State of Wisconsin has a statute in effect that requires a legislative committee's approval before the Wisconsin Department of Justice may compromise or discontinue certain civil actions brought by the State. The relevant statute is Wis. Stat. § 165.08(1), which provides that "Any civil action prosecuted by the [Wisconsin Department of Justice] . . . may be

1  compromised or discontinued . . . by submission of a proposed plan to the [Wisconsin
2  Legislature's] joint committee on finance for the approval of the committee. The compromise or
3  discontinuance may occur only if the joint committee on finance approves the proposed plan."

4        Following the other parties' submission of their finalized settlement to the Court, the
5  Wisconsin Department of Justice, representing the State of Wisconsin, submitted a request to the
6  Legislature's Joint Committee on Finance for authorization to discontinue Wisconsin's
7  participation in this case.[1] A copy of Wisconsin DOJ's submission to the Joint Committee is
8  enclosed with this report. As stated in the report, Wisconsin DOJ has proposed filing a motion
9  for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2), and has requested a response from
10 the Committee as soon as possible in light of the dismissal of all other parties and claims in the
11 cases.

12       As of this writing, undersigned counsel is not aware that the Joint Committee has
13 scheduled a hearing on the proposed plan for discontinuance. The Joint Committee's calendar is
14 available here: https://committeeschedule.legis.wisconsin.gov/?StartDate=2023-07-
15 20&CommitteeID=2640&CommItemVisibleName=-1&TopicID=-
16 1&ViewType=listMonth&ReloadCache=True

17       Based on the foregoing, the parties request that the Court continue the stay of these cases
18 for an additional 45 days while the Wisconsin Legislature's Joint Committee on Finance
19 considers the proposed plan for voluntary dismissal.

---

[1] The timing of the submission to the Joint Committee on Finance was based on the fact that the Committee does not maintain confidentiality of submissions regarding proposed settlements; thus, submitting the other parties' unfinalized settlement agreement to the Committee would have made public that agreement before all parties obtained final approval to enter the agreement.

DATE: July 24, 2023

Respectfully submitted,

JOSHUA L. KAUL
Wisconsin Attorney General

/s/ Gabe Johnson-Karp
GABE JOHNSON-KARP (admitted pro hac vice; WI Bar No. 1084731)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707
P: (608) 267-8904
F: (608) 267-2223
johnsonkarpg@doj.state.wi.us

*Attorneys for Plaintiff State of Wisconsin*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ Andrew I. Warden
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Counsel for Defendants*